IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ALEXANDER A. GEORGE, | |
| Plaintiff, | **8:23CV338** |
| vs. | |
| EDWARD L. WINTROUB, and BEN BELMONT, | **ORDER** |
| Defendants. | |

This matter is before the Court on Defendant Edward L. Wintroub's motion to compel. Filing No. 22. Wintroub seeks an Order compelling Plaintiff to answer discovery, awarding him attorney's fees, and sanctioning Plaintiff as provided by law. *Id*.

At this time, there is a pending motion to dismiss and not all parties have answered the Complaint. The Court has not entered a progression order, nor asked the parties to confer pursuant to Fed. R. Civ. P. 26(f). As such, discovery is premature. *See* Fed. R. Civ. P. 26(d) and NECivR 16.1.

Accordingly,

Defendant Wintroub's motion to compel is denied without prejudice to reassertion.

Dated this 15th day of February, 2024.

BY THE COURT:

*s/ Jacqueline M. DeLuca*

United States Magistrate Judge